FILED
2010 Feb-19 PM 02:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | |
|---|---|
| **ARGONAUT MIDWEST INSURANCE COMPANY,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**MARK ANTHONY COUGLE,** )<br> d/b/a **TINY'S REPO SERVICE,** )<br>**PATRICIA LONG** and )<br>**THOMAS LONG,** )<br>)<br>**Defendants.** ) | Case No: 3:09-cv-00995-JEO |

## MEMORANDUM OPINION

This is a declaratory judgment action concerning whether Argonaut Midwest Insurance Company owes a duty to defend and indemnify its insured, Mark Anthony Cougle. (Doc. no. 1). Defendant Cougle has filed a motion to dismiss the plaintiff's complaint. (Doc. no. 7). On December 11, 2009, the magistrate judge assigned this case entered a report and recommendation, finding that the motion to dismiss (doc. no. 7) is due to be denied. No objections to the report and recommendation have been filed.

The court has considered the entire file in this action together with the magistrate judge's Report and Recommendation and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.

Accordingly, the court hereby ADOPTS and APPROVES the findings and recommendation of the magistrate judge as the findings and conclusion of the court, and finds that the motion to dismiss (doc. no. 7) is due to be denied. An appropriate order will be entered contemporaneously herewith.

    DONE this 19th of February, 2010.

                                            _____
                                            United States District Judge